

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON GRAND JURY 2023
NOVEMBER 5, 2024 SESSION

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 2:24-cr-182
 21 U.S.C. § 841(a)(1)
 18 U.S.C. § 924(c)(1)(A)

AARON LEE MITTER

I N D I C T M E N T

The Grand Jury Charges:

COUNT ONE

On or about July 11, 2024, at or near Parkersburg, Wood County, West Virginia, and within the Southern District of West Virginia, defendant AARON LEE MITTER knowingly and intentionally distributed a quantity of a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT TWO

On or about July 11, 2024, at or near Parkersburg, Wood County, West Virginia, and within the Southern District of West Virginia, defendant AARON LEE MITTER did knowingly use and carry a firearm, that is, an AK-style privately made firearm, during and in relation to a drug trafficking crime for which he may be prosecuted in a court of the United States, that is distribution of a quantity of a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers a Schedule II controlled substance in violation of 21 U.S.C. § 841(a)(1).

In violation of Title 18, United States Code, Section 924(c)(1)(A).

```
                              WILLIAM S. THOMPSON
                              United States Attorney

                        By:   _____
                              JUDSON C. MACCALLUM
                              Assistant United States Attorney
```